

# Fourth Court of Appeals
## San Antonio, Texas

November 4, 2021

No. 04-21-00476-CV

**IN THE INTEREST OF A.R.M., A CHILD**

From the 454th Judicial District Court, Medina County, Texas
Trial Court No. 19-11-26159-CV
Honorable Dennis Powell, Judge Presiding

# O R D E R

The reporter's record is due on November 8, 2021. On November 3, 2021, the court reporter filed a notification of late record, requesting until December 1, 2021, to file the reporter's record. We **GRANT IN PART** the court reporter's requested extension and **ORDER** the court reporter to file the reporter's record in this court on or before **November 18, 2021.** The court reporter is reminded that this is an accelerated appeal of an order terminating the appellant's parental rights. Consequently, each extension of the deadline to file the reporter's record must not exceed 10 days, *see* TEX. R. APP. P. 35.3(c); cumulative extensions must not exceed 30 days, absent extraordinary circumstances, *see id.* R. 28.4(b)(2); and this appeal must be disposed of by this court within 180 days of the date the notice of appeal was filed, *see* TEX. R. JUD. ADMIN. 6.2. Given the time constraints governing the disposition of this appeal, further requests for extensions of time will be disfavored.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of November, 2021.

_____
Michael A. Cruz,
Clerk of Court